FORM OBD-34
APR-91

No.06- 33-DLB

# UNITED STATES DISTRICT COURT
## Eastern District of Kentucky

### COVINGTON DIVISION

### THE UNITED STATES OF AMERICA

vs

### *CHIQUITA DURR*

## INDICTMENT

**29 U.S.C. § 501(c) - Embezzlement of union funds - 1 count**

*A true bill.*

Patti Arnold

*Foreman*

*Filed in open court this 10th day of May, A.D. 2006*

FILED

*Clerk*

*Bail, $* MAY 10 2006

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

Eastern District of Kentucky
FILED
MAY 10 2006
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 06-33-DLB
29 U.S.C. § 501(c)

CHIQUITA DURR

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about August 10, 2004, in Kenton County, in the Eastern District of Kentucky,

**CHIQUITA DURR,**

while employed as a vice president of USWA Local 832, located in Ludlow, Kentucky, a labor organization engaged in an industry affecting commerce within the meaning of §§ 402(i) and 402(j) of Title 29 of the United States Code, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use money, that is, approximately $2,244.39, belonging to said labor organization, all in violation of 29 U.S.C. § 501(c).

**A TRUE BILL**

_____
**FOREPERSON**

_____
**AMUL R. THAPAR
UNITED STATES ATTORNEY**

## PENALTIES

Not more than 5 years imprisonment, not more than $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution.